UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                      Case No. 2:15–cr–20007–LJM–DRG
                                            Hon. Laurie J. Michelson

Jateesha Joanne Taylor, et al.,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Jateesha Joanne Taylor

The defendant(s) shall appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: February 24, 2017 at 10:00 AM

**ADDITIONAL INFORMATION:** To particpate in the Conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434–5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/T McGovern
                                                    Acting in the absence of Keisha Jackson

Dated: February 22, 2017