UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-3 JATEESHA TAYLOR

    Defendant.

Case No. 15-cr-20007-03
Honorable Laurie J. Michelson
Magistrate Judge David R. Grand

## AMENDED TRIAL SCHEDULING ORDER

Trial for the remaining defendant in this case, Jateesha Taylor, will commence as most recently scheduled. Accordingly, the Court enters the following schedule to manage the progress of the trial:

| | |
|---|---|
| Pretrial Submissions: | May 15, 2017 |
| Final Pretrial and Final Plea Cutoff: | May 16, 2017 at 10:00am |
| Jury Trial 3: | May 22, 2017 at 8:30am |

The Pretrial Submissions should include proposed *voir dire*, joint jury instructions and verdict form, witness lists, an exhibit list, a one-paragraph summary of the case to be read during *voir dire*, and optional trial briefs.

    SO ORDERED.

Dated: April 28, 2017

    s/Laurie J. Michelson
    LAURIE J. MICHELSON
    U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 28, 2017.

                s/Keisha Jackson
                Case Manager