UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>D-3 JATEESHA TAYLOR,<br><br>    Defendant. | Case No. 15-cr-20007<br>Honorable Laurie J. Michelson<br>Magistrate Judge David R. Grand |

## ORDER ADJOURNING TRIAL DATES

The Court held a final pretrial conference and final plea cutoff in this criminal case on May 16, 2017. At that time, Defendant Jateesha Taylor made an oral motion for an adjournment of the current trial schedule to allow her to pursue an application to the newly-formed Restart Program. That motion was GRANTED. Accordingly, the Court enters the following schedule to manage the progress of the case.

IT IS ORDERED that the trial dates are hereby altered as follows:

| | |
|---|---|
| Telephonic Status Conference: | May 30, 2017 at 2:00pm |
| Amended Pretrial Submissions: | June 19, 2017 |
| Final Pretrial Conference: | June 23, 2017 at 8:30am |
| Voir Dire: | June 23, 2017 at 9:00am |
| Jury Trial 3: | June 27, 2017 at 9:00am |

In addition, should Taylor choose to have a change in plea hearing, she must inform the Court by Monday, June 19, 2017.

IT IS FURTHER ORDERED that for the reasons set forth more fully on the record, IT IS ORDERED that the Motion to Withdraw as Counsel (R. 241) is DENIED AS MOOT, and the

Motion to Exclude Expert Testimony (R. 227) is DENIED AS MOOT, and the Motion to Allow Firearm as an Exhibit (R. 250) is GRANTED.

IT IS FURTHER ORDERED that the time period between May 22, 2017 and June 27, 2017 shall be excluded from the calculation under the Speedy Trial Act, give Taylor's oral waiver of her right to a speedy trial under the 18 U.S.C. 3161(h) and agreement that the continuance requested is reasonable and necessary.

SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
Dated: May 16, 2017        U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 16, 2017.

s/Keisha Jackson
Case Manager