UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

D-3 JATEESHA TAYLOR,

          Defendant.
_____/

CRIMINAL NO.:15-20007

HON. LAURIE J. MICHELSON

## OBJECTIONS TO JOINT STIPULATIONS FOR TRIAL

Now Comes, Jateesha Taylor, through her attorneys, Kirsch Leach + Associates, by Lisa B. Kirsch Satawa, and hereby objects to the Government's Joint Stipulations for Trial paragraphs three and five.

Respectfully submitted,

Dated: May 26, 2017

/s/Lisa B. Kirsch Satawa_____
LISA B. KIRSCH SATAWA (P52675)
KIRSCH LEACH + ASSOCIATES PLLC
Attorneys for Defendant Jateesha Taylor
144 West Maple Road
Birmingham, MI 48009
P: (248) 792-3060 / F: (248) 480-0903
lkirschsatawa@gmail.com

---

**PROOF OF SERVICE**

The undersigned hereby certifies that the foregoing instrument was electronically filed with the Court's ECF system on May 26, 2017 which will serve notice of filing on all attorneys of record.

/s/Lisa B. Kirsch Satawa

---

1