UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      CRIMINAL NO. 15-CR-20007

    vs.

                                            HON LAURIE J. MICHELSON

D-3 JATEESHA JOANNE TAYLOR

    Defendants.
_____/

**ORDER PERMITTING A CERTAIN FIREARM TO BE
BROUGHT INTO COURTHOUSE FOR USE AS TRIAL EXHIBIT**

This matter coming before the Court on the government's motion, for the reasons stated in the motion and pursuant to local Administrative Order 95-079, it is hereby ordered beginning June 23, 2017, all Deputy U.S. Marshals and Court Security Officers shall permit the case agent in this case, Special Agent Christopher S. Pennisi of the Federal Bureau of Investigation and any other special agent or police officer acting under the case agent's supervision, to bring into the U.S. Courthouse located at 231 W. Lafayette, Detroit, MI, the following firearm:

    One (1) Bushmaster, model AR XM15-E25, semi-automatic,
    serial number #ARH-000045

It is also ordered that the firearm shall be handled in accordance with Administrative Order 95-079, which provides in relevant part:

1.    Upon arriving at the courthouse, the case agents bringing with them

       firearm to be admitted as exhibits in a scheduled trial will announce

   their intentions and present this court order to the Court Security Officers at the security screening posts.

2. Once notified, the Court Security Officer will escort the case agent, along with the firearm, into the Marshals Service office where the firearm will be inspected and secured by Supervisory Deputy United States Marshals.

3. Once the firearms are determined to be safe, the Court Security Officer and the case agent will transport the firearm to the designated courtroom where the case agent will be responsible for the security of the firearms.  For the duration of the trial, it will be the responsibility of the case agent to coordinate with the Marshals Service to facilitate the transport of the firearms by Marshals Service personnel to and from the appropriate courtroom.  During trial, the case agent will be responsible for the security of the firearm.

4. Once the trial is completed, this court order will expire and the firearm will be removed from the courthouse by the case agent.

   IT IS SO ORDERED.

Dated: June 21, 2017

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 22, 2017.

s/Keisha Jackson
Case Manager