UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

                                    Criminal No. 15-20007
v.                                Hon. Laurie J. Michelson

D-3 JATEESHA TAYLOR,
        Defendant.
_____/

## JOINT SUMMARY ABOUT THE CASE

This case is about whether the defendant, Jateesha Taylor, (1) allowed Kanee Goode, to possess a firearm on or about October 31, 2015 and December 30, 2015; and (2) whether Jateesha Taylor knew or had reasonable cause to Kanee Goode was a convicted felon.

Respectfully Submitted,

KIRSCH LEACH + ASSOCIATES
LISA B. KIRSCH SATAWA P52675
Attorney for Defendant Jateesha Taylor                    Dated: June 22, 2017

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

                                          Case No. 15-CR-20007
v.                                      Honorable Laurie J. Michaelson

D-3 JATEESHA TAYLOR,
    Defendant.
_____/

## PROOF OF SERVICE

To:    Clerk of the Court
         Attorneys of Record

The undersigned hereby certifies that the Joint Summary about the Case and this Proof of Service was electronically filed with the Court's ECF system on June 22, 2017 which will serve notice of filing on all attorneys of record

I declare that this proof of service has been examined by me and that the contents thereof are true to the best of my knowledge, information and belief.

Dated: June 22, 2017

                                                      _____
                                                      Taylor Beard
                                                      Legal Assistant to Lisa B. Kirsch Satawa